**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MARY TAMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 1:25-cv-10854-AK |
| ) | |
| EDUCATION REFORM NOW ADVOCACY; ) | |
| EDUCATION REFORM NOW; and ) | |
| DEMOCRATS FOR EDUCATION REFORM, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT REPORT OF TENTATIVE SETTLEMENT**

Counsel for the parties are pleased to report that this matter has resolved, in principle. The parties request that the Court enter an Order requiring the parties to file a stipulation of dismissal within 45 days of this notice or otherwise seek an extension of time.

*Respectfully submitted,*
PLAINTIFF,
Mary Tamer,

By her attorneys,

*/s/ David E. Belfort*
David E. Belfort (BBO# 634385)
Yee Yee Myint (BBO# 713479)
Bennett & Belfort, P.C.
24 Thorndike Street, Suite 300
Cambridge, MA 02114
dbelfort@bennettandbelfort.com
ymyint@bennettandbelfort.com

*Respectfully submitted,*
DEFENDANTS,
Education Reform Now Advocacy
Education Reform Now
Democrats for Education Reform

By their attorneys,

*/s/ Tara S. Lynch*
Tara E. Lynch, Esq. (BBO# 677831)
Gregory E. Henninger, Esq. (BBO# 704222)
Gordon Rees Scully Mansukhani, LLP
28 State Street, Suite 1050
Boston, MA 02109
tlynch@grsm.com
ghenninger@grsm.com

**CERTIFICATE OF SERVICE**

I, David E. Belfort, hereby certify that on June 2, 2026, a copy of the foregoing document was filed through the ECF system sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ David E. Belfort*
David E. Belfort

2